Garie Babadzhanov, Respondent, 
against
Alvi Note, Appellant. 

Alvi Note, appellant pro se.
Garie Babadzhanov, respondent pro se (no brief filed).

Appeal from a judgment of the Civil Court of the City of New York, Queens County (Terrence C. O'Connor, J.), entered March 27, 2018. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $4,850.
ORDERED that the judgment is affirmed, without costs.
Plaintiff commenced this small claims action to recover the sum of $4,850 for damage to plaintiff's car allegedly caused by defendant. After a nonjury trial, the Civil Court awarded plaintiff the principal sum of $4,850.
In a small claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (CCA 1807; see CCA 1804; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125 [2000]). The determination of a trier of fact as to issues of credibility is given substantial deference, as a trial court's opportunity to observe and evaluate the testimony and demeanor of the witnesses affords it a better perspective from which to assess their credibility (see Vizzari v State of New York, 184 AD2d 564 [1992]; Kincade v Kincade, 178 AD2d 510, 511 [1991]). This deference applies with greater force to judgments rendered in the Small Claims Part of the court (see Williams v Roper, 269 AD2d at 126).
As no basis has been shown to disturb the judgment, we find that substantial justice has been done between the parties (see CCA 1804, 1807).
Accordingly, the judgment is affirmed.
WESTON, J.P., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 12, 2020